478 A.2d 106

Campbell v. Pomerantz, Appellant.

 Submitted May 4, 1984. Nicholas J. Lisi, for appellant; Joseph L. London, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Order affirmed.